UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED

OCT 30 2014

| | |
|---|---|
| WILBY BARNETT, | |
| Plaintiff, | |
| v. | Civil Action No. 3:12-CV-1653 |
| | (Judge Kosik) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

AND NOW, THIS 30 DAY OF OCTOBER, 2014, IT IS HEREBY ORDERED THAT:

[1] The Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. 20) is **GRANTED**;

  [a] Defendant's motion to dismiss for lack of subject matter jurisdiction as to Plaintiff's claim for negligent construction or reconstruction is **GRANTED**;

  [b] Defendant's motion for summary judgment as to Plaintiff's claim for negligent maintenance of Route 209 is **GRANTED**;

[2] Judgment is hereby entered in favor of the Defendant and against the Plaintiff; and

[3] The Clerk of Court is further directed to **CLOSE** this case.

Edwin M. Kosik
United States District Judge